USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CRAIG ANDERSON,

Plaintiff,

-against-

FEDERAL EXPRESS CORPORATION, *successor by merger* FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

-----------------------------------------------------------------X

1:26-cv-7635-GHW

ORDER

GREGORY H. WOODS, District Judge:

On September 8, 2026, the Clerk of Court directed Plaintiff to electronically file a Civil Cover Sheet. On September 10, 2026, the Court directed Plaintiff to submit a Civil Cover Sheet forthwith, and in no event later than September 11, 2026. Dkt. No. 2. As of the date of this order, no Civil Cover Sheet has been filed. Failure to comply with the Court's September 10, 2026 order by September 17, 2026 may result in the imposition of sanctions, including dismissal of this action.

SO ORDERED.

Dated: September 14, 2026
New York, New York

GREGORY H. WOODS
United States District Judge