USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

CRAIG ANDERSON,

Plaintiff,

-v -

FEDERAL EXPRESS CORPORATION, *successor by merger*, FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

------------------------------------------------------------------ X

1:26-cv-7635-GHW

**ORDER**

GREGORY H. WOODS, United States District Judge:

On November 24, 2026, Plaintiff filed a letter requesting that the Court stay this action until resolution of the motion to consolidate filed in *DeLeon v. Federal Express Corporation*, Case No. 26-cv-7607 (KPF), and pending settlement discussions in that same action. Dkt. No. 20.

Plaintiff's request for a stay is GRANTED. The initial pretrial conference scheduled for January 20, 2027 is adjourned *sine die*. The parties are directed to submit a joint letter updating the Court on the status of this case no later than February 19, 2027.

The Clerk of Court is directed to note the stay of this action on the docket and to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: November 25, 2026

GREGORY H. WOODS
United States District Judge